

E-FILED

SEP 1 4 2018

Document #

JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$919,000.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>LIDELFONSO CHAIDEZ,<br><br>Claimant. | No. CV 16-09133-PSG (RAOx)<br><br>[PROPOSED]<br>CONSENT JUDGMENT OF<br>FORFEITURE |

Plaintiff and Claimant Lidelfonso Chaidez ("Chaidez") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

1    The Court, having considered the stipulation of the parties, and good cause
2    appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:
3        1.    This Court has jurisdiction over the parties and the subject matter of this
4    action.
5        2.    The government has given and published notice of this action as required by
6    law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset
7    Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.
8    Chaidez filed the only claim and answer, and the time for filing claims and answers has
9    expired.  All potential claimants to the defendant $919,000.00 in U.S. Currency
10   ("defendant currency") other than Chaidez, are deemed to have admitted the allegations
11   of the Complaint.   The allegations set out in the Complaint are sufficient to establish a
12   basis for forfeiture.
13       3.    The United States of America shall have judgment as to $873,050.00 of the
14   defendant currency and all interest earned on the entirety of the defendant currency since
15   seizure, and no other person or entity shall have any right, title or interest therein.  The
16   United States is ordered to dispose of said funds in accordance with law.
17       4.    $45,950.00 of the defendant currency, without interest, shall be returned to
18   Chaidez through his counsel.  The United States Marshals Service shall release said
19   funds by wire transfer to Chaidez's counsel, who shall provide the information necessary
20   to make the wire transfer (including bank account and routing information) forthwith.
21   Chaidez and his attorney shall provide any and all information, including personal
22   identifiers, needed to process the return of these funds according to federal law.  The
23   United States Marshals Service shall make the transfer within 60 days of the entry of this
24   judgment or its receipt of the necessary information, whichever is later.
25       5.    The Court finds that there was reasonable cause for the seizure of the
26   defendant currency and institution of these proceedings.  This consent judgment shall be
27   construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
28   //

2

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of a portion of the defendant currency.

Dated: __7/14__, 2018    _____

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA